```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 43652
    READA FEYE HILL TERRY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8648


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 10/04/2005 and was confirmed 12/08/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 07/31/2008.
---------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
 CAPITAL ONE                 UNSECURED          999.59          .00             .00
 CITY OF CHICAGO WATER DE    SECURED            751.00          .00          373.97
 COUNTRYWIDE HOME LOANS      CURRENT MORTG        .00           .00             .00
 COUNTRYWIDE HOME LOANS      SECURED           9715.22          .00         4976.76
 CITY OF CHICAGO PARKING     UNSECURED          790.00          .00             .00
 DRIVE FINANCIAL SERVICES    UNSECURED       NOT FILED          .00             .00
 ECAST SETTLEMENT CORP       UNSECURED          323.59          .00             .00
 JOSEPH WROBEL               DEBTOR ATTY      1,844.00                      1,844.00
 TOM VAUGHN                  TRUSTEE                                          436.19
 DEBTOR REFUND               REFUND                                            11.66

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
 TRUSTEE              7,642.58

 PRIORITY                                           .00
 SECURED                                       5,350.73
 UNSECURED                                          .00
 ADMINISTRATIVE                                 1,844.00
 TRUSTEE COMPENSATION                             436.19
 DEBTOR REFUND                                     11.66
                     ---------------       ---------------
 TOTALS               7,642.58                 7,642.58
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
    CASE NO. 05 B 43652 READA FEYE HILL TERRY
```